# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JULIUS A HINES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:24-cv-00690-RDP-HNJ |
| ) | |
| **ST. CLAIR CORRECTIONAL** ) | |
| **FACILITY,** *et al.*, ) | |
| ) | |
| **Defendants.** | |

## MEMORANDUM OPINION AND ORDER

On October 9, 2025, the Magistrate Judge entered a Report and Recommendation recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. # 13). The Magistrate Judge further recommended the court deny Plaintiff's request for the appointment of counsel. Although the Magistrate Judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), Plaintiff's request for the appointment of counsel is due to be denied and this action is due to be

dismissed without prejudice for failing to state a claim upon which relief can be granted.

Accordingly, the court **DENIES** Plaintiff's request for the appointment of counsel. A final judgment will be entered.

**DONE** and **ORDERED** this November 5, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE